| | | | | |
|---|---|---|---|---|
| *In re* Tax Appeals of Edmiston Oil Co. | 104,950 | Denied | 05/20/13 | 46 Kan. App. 2d 969 |
| James v. State | 105,984 | Denied | 08/19/13 | Unpublished |
| Jarvis v. Bank of Blue Valley | 106,125 | Denied | 08/29/13 | Unpublished |
| Jones v. Kansas Parole Board | 108,264 | Denied | 08/23/13 | Unpublished |
| Jones v. State | 105,606 | Denied | 08/29/13 | Unpublished |
| Kansas Dept. of Revenue v. Richards | 107,252 | Denied | 08/29/13 | Unpublished |
| Katz v. Kansas Dept. of Revenue | 103,667 | Denied | 05/20/13 | 45 Kan. App. 2d 877 |
| Kebert v. State | 106,566 | Denied | 08/19/13 | Unpublished |
| Kincaid v. Dess | 107,970 | Denied | 08/30/13 | 48 Kan. App. 2d 640 |
| Kirtdoll v. State | 107,385 | Denied | 08/19/13 | Unpublished |
| Lane v. State | 107,663 | Denied | 08/19/13 | Unpublished |
| LaRue v. Kansas Dept. of Revenue | 105,546 | Denied | 08/19/13 | Unpublished |
| Lee v. State | 106,274 | Denied | 07/19/13 | Unpublished |
| Lemon v. State | 105,432 | Denied | 04/08/13 | Unpublished |
| Lightner v. Lightner | 104,000 | Denied | 05/20/13 | 46 Kan. App. 2d 540 |
| M West, Inc. v. Oak Park Mall | 106,931 | Denied | 08/23/13 | Unpublished |
| M.J. Murphy Oil Co. v. Waymire | 106,377 | Denied | 04/08/13 | Unpublished |
| Mannon v. State | 107,421 | Denied | 08/19/13 | Unpublished |
| McCormick v. State | 106,324 | Denied | 08/29/13 | Unpublished |
| McKinney v. State | 106,074 | Denied | 06/14/13 | Unpublished |
| Merryfield v. Jordan | 106,574 | Denied | 08/19/13 | Unpublished |
| Messner v. Continental Plastic Containers | 107,035 | Denied | 08/30/13 | 48 Kan. App. 2d 731 |
| Miller v. Catholic Charity Community Service | 107,105 | Denied | 07/19/13 | Unpublished |
| Miller v. State | 107,224 | Denied | 09/04/13 | Unpublished |
| Mims v. Roberts | 108,381 | Denied | 04/19/13 | Unpublished |
| Minium v. City of Morland | 107,689 | Denied | 08/19/13 | Unpublished |
| Moore v. State | 106,120 | Denied | 07/19/13 | Unpublished |
| Morales-Ordonez v. State | 107,493 | Denied | 08/30/13 | Unpublished |
| Nicholson v. Hartnett | 106,478 | Denied | 05/20/13 | Unpublished |
| Overton v. State | 105,996 | Denied | 08/29/13 | Unpublished |
| Patterson v. State | 106,149 | Denied | 07/19/13 | Unpublished |
| Perkins v. Prestige Cabinets | 107,233 | Denied | 08/19/13 | Unpublished |
| Pishny v. Board of Johnson County Comm'rs | 105,595 | Denied | 05/20/13 | 47 Kan. App. 2d 547 |
| Plummer v. State | 106,005 | Denied | 08/19/13 | Unpublished |
| Pruitt v. Roberts | 107,021 | Denied | 08/19/13 | Unpublished |